BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite. 4401
Fresno, CA 93721
Telephone: (916) 559-4000
Facsimile: (916) 559-4099

Attorney for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEPHEN DENNIS BUCK,<br><br>                    Defendant, | CASE NO.  1:13-CR-00046-AWI BAM<br><br>GOVERNMENT'S REQUEST TO DISMISS INDICTMENT AND ORDER<br>[Fed.R.Crim.Proc. 48(a)] |

   Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment without prejudice and recall the arrest warrant in this case.  The defendant was found deceased on May 27, 2013.  A death certificate has not yet been issued in this matter.

Dated: June 3, 2013                                        Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            By:    /s/   Laurel J. Montoya
                                                            LAUREL J. MONTOYA
                                                            Assistant U.S. Attorney

///

///

IT IS ORDERED that the Indictment in this matter be dismissed without prejudice and the arrest warrant be recalled.

_____

IT IS SO ORDERED.

Dated:   July 22, 2013                          /s/ signature
                                        SENIOR  DISTRICT  JUDGE